```
EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
STANTON W. LEE, State Bar No. 203563
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 445-9921
 Fax:  (916) 324-5205
 Email:  stanton.lee@doj.ca.gov

Attorneys for Defendants Cadena, Lundy, and Manning
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| **EDWARD JONES,**<br><br>                              Plaintiff,<br><br>      v.<br><br>**LUNDY, et al.,**<br><br>                            Defendants. | 1:03-cv-5980 DLB P<br><br>**STIPULATION OF DISMISSAL; ORDER** |

     Plaintiff, Edward Jones (K-52736) stipulates to dismiss this entire action, with prejudice, in exchange for Defendants' waiver of defense costs.  Defendants so stipulate.

/ / /

/ / /

/ / /

/ / /

/ / /

STIPULATION OF DISMISSAL

1

1 | By entering into this stipulation Defendants do not admit to liability or any of the
2 | allegations in the complaint.

4 | Date: __Oct. 4, 2007 ___        __/s/ Edward Jones_____
        Edward Jones (K-52736),
5       Plaintiff in pro se

7 | Date: __Oct. 4, 2007 ___        __/s/ Stanton W. Lee _____
        Stanton W. Lee,
8       Attorney for Defendants, Cadena, Lundy, and
        Manning

## ORDER

Based on the stipulation between Plaintiff and Defendants Cadena, Lundy, and Manning, the Court hereby dismisses Plaintiff's lawsuit with prejudice.

03pc5980.dismissal.jones.dm.wpd
SA200630 1708

IT IS SO ORDERED.

**Dated:   October 5, 2007**        _____/s/ Dennis L. Beck_____
                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION OF DISMISSAL
2