# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEEM L. JACKSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CDCR EMPLOYEES, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　／ | CASE NO. 1:07-cv-01414-LJO-SMS PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, AND DISMISSING EIGHTH AMENDMENT CLAIM AND CERTAIN DEFENDANTS<br><br>(Docs. 14 and 17) |

　　　　Plaintiff Fateem L. Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On February 3, 2009, the Magistrate Judge filed a Findings and Recommendations herein which was served on Plaintiff, and which granted Plaintiff thirty days to file any objections. On March 3, 2009, Plaintiff filed a Notice of non-opposition.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.　　The Findings and Recommendations, filed February 3, 2009, is adopted in full;

　　　　2.　　This action shall proceed on Plaintiff's amended complaint, filed June 24, 2008, against Defendants Selbach, Rubin, Ortiz, Payan, Pantoja, Wood, Yoder, Fernandez,

///

1

| | |
|---|---|
| 1 | Carrasco, and Zanchi for violating Plaintiff's rights under the Fourth and Fourteenth |
| 2 | Amendments of the United States Constitution; |
| 3 | 3. Plaintiff's Eighth Amendment claim is dismissed, with prejudice, for failure to state |
| 4 | a claim; and |
| 5 | 4. Defendants Buentiempo, Smith, Sandoval, Matzen, and Grannis are dismissed based |
| 6 | on Plaintiff's failure to state any claims upon which relief may be granted against |
| 7 | them. |

IT IS SO ORDERED.

**Dated:     March 6, 2009**                         /s/ Lawrence J. O'Neill
                                                               UNITED STATES DISTRICT JUDGE