# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEEM L. JACKSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CDCR EMPLOYEES, et al.,<br><br>        Defendants. | CASE NO. 1:07-cv-01414-LJO-SMS PC<br><br>ORDER FINDING SERVICE OF AMENDED COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS<br><br>(Docs. 14 and 19) |

Plaintiff Fateem L. Jackson ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on September 27, 2007. Pursuant to the Court's order of March 9, 2009, this action shall proceed on Plaintiff's amended complaint against Defendants Selbach, Rubin, Ortiz, Payan, Pantoja, Wood, Yoder, Fernandez, Carrasco, and Zanchi for violating Plaintiff's rights under the Fourth and Fourteenth Amendments of the United States Constitution.[1] Fed. R. Civ. P. 8(a); <u>Erickson v. Pardus</u>, 551 U.S. 89, 127 S.Ct. 2197, 2200 (2007); <u>Alvarez v. Hill</u>, 518 F.3d 1152, 1157-58 (9th Cir. 2008). Accordingly, it is HEREBY ORDERED that:

///
///

---

[1] On March 9, 2009, Plaintiff's Eighth Amendment claim was dismissed, with prejudice, for failure to state a claim; and Defendants Buentiempo, Smith, Sandoval, Matzen, and Grannis were dismissed based on Plaintiff's failure to state any claims upon which relief may be granted against them.

1

1. Service shall be initiated on the following defendants:

> **C/O SELBACH**
> 
> **C/O C. R. RUBIN**
> 
> **C/O ORTIZ**
> 
> **C/O R. PAYAN**
> 
> **C/O Y. PANTOJA**
> 
> **C/O N. WOOD**
> 
> **C/O YODER**
> 
> **C/O FERNANDEZ**
> 
> **M. CARRASCO, ASSOCIATE WARDEN**
> 
> **CAPTAIN D. ZANCHI**

2. The Clerk of the Court shall send Plaintiff ten (10) USM-285 forms, ten (10) summonses, a Notice of Submission of Documents form, an instruction sheet and a copy of the amended complaint filed June 24, 2008.

3. Within **thirty (30) days** from the date of this order, Plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the Court with the following documents:

   a. Completed summons;

   b. One completed USM-285 form for each defendant listed above; and

   c. Eleven (11) copies of the endorsed amended complaint filed June 24, 2008.

4. Plaintiff need not attempt service on the defendants and need not request waiver of service. Upon receipt of the above-described documents, the Court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

///

///

///

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

**Dated: March 11, 2009** /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE