# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEEM L. JACKSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CDCR EMPLOYEES, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01414-LJO-SMS PC<br><br>ORDER REQUIRING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED, WITH PREJUDICE, FOR FAILURE TO PROSECUTE<br><br>(Doc. 20) |

Plaintiff Fateem L. Jackson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2009, the Court issued an order requiring Plaintiff to fill out and return summonses and USM-285 forms within thirty days so that service of process could be initiated. The Court's order was returned by the United States Postal Service with a notation that Plaintiff refused his mail.

Based on Plaintiff's apparent refusal to accept his mail, Plaintiff is HEREBY ORDERED to show cause, within **thirty (30) days**, why this action should not be dismissed, with prejudice, for failure to prosecute. If Plaintiff is no longer interested in pursuing this action, he may file a notice of voluntary dismissal, which will result in dismissal *without* prejudice. Fed. R. Civ. P. 41. **Plaintiff is warned that if he fails to file a response to this order, this action will be dismissed, with prejudice.**

IT IS SO ORDERED.

Dated:　　May 15, 2009　　　　　　　　　　/s/ Sandra M. Snyder
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1