# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEEM L. JACKSON,<br><br>             Plaintiff,<br><br>    v.<br><br>CDCR EMPLOYEES, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-cv-01414-LJO-SMS PC<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE<br><br>(Doc. 21)<br><br>ORDER GRANTING THIRTY-DAY EXTENSION OF TIME TO COMPLY WITH ORDER FILED MARCH 12, 2009, AND DIRECTING CLERK'S OFFICE TO RE-SERVE ORDER # 20<br><br>(Docs. 22 and 23) |

Plaintiff Fateem L. Jackson is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On March 12, 2009, the Court issued an order authorizing service of Plaintiff's amended complaint, and requiring Plaintiff to fill out and return the enclosed USM-285 forms and summonses within thirty days. The Court's order was returned with a notation that Plaintiff refused his mail, and on May 15, 2009, the Court ordered Plaintiff to show cause why this action should not be dismissed for failure to prosecute. On May 27, 2009, Plaintiff filed a response to the order to show cause, and on June 22, 2009, Plaintiff supplemented his response.

Based on Plaintiff's assertion that he did not refuse his mail, it is HEREBY ORDERED that:

1.  The order to show cause, filed May 15, 2009, is DISCHARGED;

1

2. Plaintiff has **thirty (30) days** from the date of service of this order to comply with the Court's order of March 12, 2009; and

3. The Clerk's Office shall re-serve order #20, including the USM-285 forms, summonses, and copy of amended complaint.

IT IS SO ORDERED.

**Dated:   July 2, 2009**                              /s/ Sandra M. Snyder
                                                       UNITED STATES MAGISTRATE JUDGE