# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FATEEM L. JACKSON, | CASE NO. 1:07-cv-01414-LJO-SKO PC |
| Plaintiff, | ORDER CONTINUING CROSS-MOTIONS FOR SUMMARY JUDGMENT FROM COURT'S CALENDAR PENDING EXPIRATION OF OBJECTION AND RESPONSE DEADLINES |
| v. | |
| CDCR EMPLOYEES, et al., | |
| Defendants. | (Docs. 52 and 56) |

The parties' cross-motions for summary judgment are pending before the Court. The Magistrate Judge has issued Findings and Recommendations recommending that Defendants be granted qualified immunity, which will conclude this action in its entirety. On March 12, 2012, Plaintiff was granted a thirty-day extension of time to file his objections. Accordingly, in light of 28 U.S.C. § 476(a)(1), the Civil Justice Reform Act, the parties' cross-motions for summary judgment are ORDERED CONTINUED from the Court's calendar pending expiration of the objection and response deadlines. Local Rule 304.[1]

IT IS SO ORDERED.

**Dated:   March 19, 2012**          /s/ Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE

---

[1] This order is solely administrative and nothing is required of the parties.

1